IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,     Case No. 3:20 CR 371

                Plaintiff,     O R D E R

    -vs-

                            JUDGE JACK ZOUHARY

Tyrone Riley, et al.,

                Defendant.

This Court finds recusal is appropriate pursuant to 28 U.S.C. §455(a). This Case is returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

                                               s/ *Jack Zouhary*
                                               JACK ZOUHARY
                                               U. S. DISTRICT JUDGE

                                               July 21, 2020