IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA           Case No. 3:20cr371

                Plaintiff,

-vs-                                ORDER OF RECUSAL

TYRONE RILEY, ET AL

                Defendant.

Due to the unavailability of Senior U.S. District Judge James G. Carr to preside over the Jury Trial in this matter,

It is hereby

ORDERED THAT:

I hereby recuse myself from further proceedings in this case, and the case shall be returned to the Clerk's Office for random reassignment to another District Court Judge.

So ordered.

                                            /s/ James G. Carr
Dated: June 17, 2022                Senior U.S. District Judge